FILE COPY

I, **PAM ESTES, Clerk** of the Court of Appeals for the Twelfth Court of Appeals District of the State of Texas, do hereby certify that MJS and Associates, L.L.C., a Texas Limited Liability Corporation, Plaintiff in the trial court secured an extension of twenty-one (21) days in which to file Appellant's Brief in the following numbered and entitled cause:

**MJS and Associates, L.L.C., a Texas Limited Liability Corporation**

**No. 12-15-00219-CV**          ***vs.***

**Judy Master, RN and Matthew Master**

This certificate is made pursuant to Tex. Rev. Civ. State. Ann. art. 5069, 1.05 sec. 3(c) (Vernon Supp. 1985) to assist the Clerk of the Trial Court in calculating the amount of post-judgment interest accrued.

WITNESS MY HAND and seal of said Court at Tyler, Texas, this 1st day of December 2017, A.D.



Respectfully yours,

PAM ESTES, CLERK

By: _Katrina McClenny_
       Katrina McClenny, Chief Deputy Clerk